No. 892. HASHA ET AL. v. FOSTER CATHEAD CO. C. A. 5th Cir. Certiorari denied. *Jack W. Hayden* for petitioners. *James F. Weiler* and *Royal H. Brin, Jr.,* for respondent.

No. 894. FRIEND ET AL. v. TROPIS CO., LTD. C. A. 4th Cir. Certiorari denied. *Sidney H. Kelsey* for petitioners. *John W. Winston* for respondent.

No. 902. SCIORTINO v. ZAMPANO, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *David Goldstein, Jacob D. Zeldes* and *Elaine S. Amendola* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 904. UNITED STATES v. TRINITY UNIVERSAL INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Rogovin, Harris Weinstein, Crombie J. D. Garrett* and *Bennet N. Hollander* for the United States. *Lloyd E. Elliott* for respondents.

No. 757. DEKALB COUNTY COMMUNITY SCHOOL DISTRICT 428 ET AL. v. DESPAIN ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. *Peter Fitzpatrick* and *George Kaye* for petitioners.

No. 234, Misc. PARKER v. MISSOURI. Sup. Ct. Mo. Certiorari denied. *Norman H. Anderson,* Attorney General of Missouri, and *John H. Denman,* Assistant Attorney General, for respondent.